⸺AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

NSTAR Electric and Gas Corporation,

V.

United Steelworkers of America, Local 12004

SUMMONS IN A CIVIL CASE

CASE NUMBER:

TO: (Name and address of Defendant)

United Steelworkers of America, Local 12004
c/o Warren H. Pyle, Esq.
Pyle, Rome, Lichten & Ehrenberg, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Keith B. Muntyan, Esq.
Morgan, Brown & Joy LLP
One Boston Place, Suite 1616
Boston, MA 02108-4472

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE June 3, 2004 |
| NAME OF SERVER (PRINT) Robert P. Morris | TITLE Attorney for Plaintiff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By agreement Defendant's counsel accepted service of summons and complaint.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 10, 2004         _____
             Date                    Signature of Server

Morgan, Brown & Joy, LLP
One Boston Place, Boston, MA   02108-4472
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.