UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*****************************************
NSTAR ELECTRIC AND GAS          *
CORPORATION,                    *
                                *
         Plaintiff,             *
                                *       Civil Action No. 04-CV-11150-EFH
v.                              *
                                *
UNITED STEELWORKERS OF          *
AMERICA, LOCAL 12004,           *
                                *
         Defendant              *
*****************************************

### NOTICE OF APPEARANCE FOR PLAINTIFF NSTAR ELECTRIC AND GAS CORPORATION

The undersigned counsel hereby enter their appearance on behalf of the Plaintiff NSTAR Electric and Gas Corporation.

Respectfully submitted,

MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, MA 02108-4472
Telephone: (617) 523-6666
Telecopy: (617) 367-3125

By: _/s/ Keith B. Muntyan (RPM)_
Keith B. Muntyan
B.B.O. #361380

By: _____
Robert P. Morris
B.B.O. #546052

Dated: June 23, 2004

## CERTIFICATE OF SERVICE

      I, Robert P. Morris, certify that on June 23, 2004, I caused to be served a copy of the within pleading by hand on counsel for Plaintiffs, Warren H. Pyle, Pyle, Rome, Lichten & Ehrenberg, P.C., 18 Tremont Street, Suite 500, Boston, MA 02108.

                                                                                                 Robert P. Morris