UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*************************************
NSTAR ELECTRIC AND GAS          *
CORPORATION,                    *
                                *
          Plaintiff,            *
                                *    Civil Action No. 04-CV-11150-EFH
v.                              *
                                *
UNITED STEELWORKERS OF          *
AMERICA, LOCAL 12004,           *
                                *
          Defendant             *
*************************************
```

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Plaintiff hereby dismisses this action with prejudice, all parties to bear their own costs and attorneys' fees.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| NSTAR ELECTRIC AND GAS CORPORATION, | UNITED STEELWORKERS OF AMERICA, LOCAL 12004, |
| By its Attorneys, | By its Attorneys, |
| MORGAN, BROWN & JOY, LLP<br>One Boston Place<br>Boston, MA 02108-4472<br>(617) 523-6666 | PYLE, ROME, LICHTEN, EHRENBERG<br>& LISS-RIORDAN, P.C.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108<br>(617) 367-7200 |
| By: /s/ [signature]<br>Keith B. Muntyan<br>B.B.O. #361380<br>Robert P. Morris<br>B.B.O. #546052 | By: /s/ Warren H. Pyle (RPM)<br>Warren H. Pyle<br>B.B.O. #408400 |
| Dated: August 26, 2004 | Dated: August 26, 2004 |

## CERTIFICATE OF SERVICE

I, Robert P. Morris, certify that on August 26, 2004, I caused to be served a copy of the within pleading by first class mail on counsel for Defendant, Warren H. Pyle, Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C., 18 Tremont Street, Suite 500, Boston, MA 02108.

_____
Robert P. Morris